# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENCIO HERNANDEZ AND MARIO GALINDO,
AND OTHERS SIMILARLY SITUATED,

Plaintiff(s)
Petitioner(s)

- against -

195 CLAREMONT FOOD INC. D/B/A COLUMBIA DELI,
NEW YORK CORPORATION

Defendant(s)
Respondent(s)

INDEX #:
07 CV 11340
DATE FILED:
12/14/2007

JUDGE:
KAPLAN

STATE OF NEW YORK: COUNTY OF NASSAU: ss:

TONY CONIGLIARO, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK

That on 01/02/2008, 08:35AM at 195 CLAREMONT STREET, NEW YORK NY 10027, deponent served the within
SUMMONS IN A CIVIL ACTION, COMPLAINT AND JURY DEMAND, COPY OF INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE ANDREW J. PECK AND COPY OF JUDGES' RULES FOR LEWIS A. KAPLAN
on 195 CLAREMONT FOOD INC. D/B/A COLUMBIA DELI, a defendant in the above action.

By delivering to and leaving with JOSEFINA ORTIZ at the above address and that he knew the person so served to be the managing agent of the corporation.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F    Approximate age 44    Approximate height 5'06"    Approximate weight 125    Color of skin WHITE    Color of hair BLONDE    Other
ACCENT

THE LAW OFFICE OF
JUSTIN A. ZELLER

840 WEST END AVENUE
APARTMENT #4B
NEW YORK, NY 10025
(212)897-5859

TONY CONIGLIARO    License # 1220476

Sworn to before me on 01/03/2008
MAUREEN MCCAFFREY  NO.01MC5018583
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN SUFFOLK COUNTY
COMMISSION EXPIRES OCTOBER 4, 2009

APPLE ATTORNEY SERVICE, PO BOX 470, MINEOLA NY 11501-04
Phone: 516-742-0077 * Fax: 516-742-4726