UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

EVENCIO HERNANDEZ and MARIO  : 2007 CV 11340 (LAK)
GALINDO, Individually and on Behalf of All :
Other Persons Similarly Situated, :
                                     Plaintiffs,  :
                                      : **NOTICE OF APPEARANCE**
       -against-  :

195 CLAREMONT FOOD INC. d/b/a  :
COLUMBIA DELI, a New York corporation, :
                                  Defendant.  :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that the undersigned has been retained and hereby appears in the above-entitled action as counsel for Defendant 195 Claremont Food, Inc. and demands that a copy of all papers in this action be served upon the undersigned at the office and/or email address stated below.

Dated: New York, New York
       January 28, 2008

                                                        LOANZON LAW FIRM P.C.

                                                        By: _____
                                                             Tristan C. Loanzon
                                                     386 Park Avenue S., Suite 1914
                                                     New York, New York 10016
                                                     (212) 760-1515
                                                     (212) 760-1717 (fax)
                                                     tristan@loanzon.com