UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
EVENCIO HERNANDEZ and MARIO : 2007 CV 11340 (LAK)
GALINDO, Individually and on Behalf of All :
Other Persons Similarly Situated, :
:
                Plaintiffs, :
: **Rule 7.1 Statement**
    -against- :
:
195 CLAREMONT FOOD INC. d/b/a :
COLUMBIA DELI, a New York corporation, :
:
                Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for 195 Claremont Food, Inc. (a private non-governmental party) certifies that it has no corporate parents, affiliates, and/or subsidiaries that are publicly held.

Dated: New York, New York
       January 28, 2008

                                                LOANZON LAW FIRM P.C.

                                                By: _____
                                                    Tristan C. Loanzon
                                       386 Park Avenue S., Suite 1914
                                       New York, New York 10016
                                       (212) 760-1515
                                       (212) 760-1717 (fax)
                                       tristan@loanzon.com