```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVENCIO HERNANDEZ and MARIO GALINDO, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>195 CLAREMONT FOOD INC. d/b/a COLUMBIA DELI, a New York corporation,<br><br>Defendant. | 2007 CV 11340 (LAK)<br><br>STIPULATION |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties in the above-entitled action, that the time for Defendant 195 Claremont Food Inc. d/b/a Columbia Deli, to answer, move, or otherwise respond to the Complaint be and hereby is extended to and including February 13, 2008. Defendant waives the defense of lack of personal jurisdiction and/or any challenge as to the service of process. This stipulation may be executed in facsimile counterparts, each, when taken together, shall be deemed originals. Counsel for any party may cause this Stipulation to be filed with the Court without further notice. It is stipulated that from today until February 13, 2008, the statute of limitations for any unjoined collective action members shall be tolled.

Dated: New York, New York
       February 6, 2008

LAW OFFICES OF JUSTIN A. ZELLER, P.C.           LOANZON LAW FIRM P.C.

By: _____                     By: _____
    Justin A. Zeller, Esq.                          Tristan C. Loanzon
    Attorney for Plaintiffs                         Attorney for Defendant
    251 West 14th Street, 5th Floor                 386 Park Avenue South, Suite 1914
    New York, New York 10011                        New York, New York 10016
    Tel: (212) 229-2249                             Tel: (212) 760-1515


SO ORDERED
_____
LEWIS A. KAPLAN, USDJ
2/19/08